United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUDHAKAR SHAKTHIMOHAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-894 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed Petitioner Sudhakar Shakthimohan's Verified Petition for Writ of Habeas Corpus (Doc. 1). To facilitate the Court's consideration of the issues that Petitioner raises, it is:

**ORDERED** that by no later than August 31, 2026, Respondents shall file an answer, motion, or responsive pleading to Petitioner Sudhakar Shakthimohan's Verified Petition for Writ of Habeas Corpus (Doc. 1).

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on August 19, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge