United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUDHAKAR SHAKTHIMOHAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-894 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Respondents seek an extension of time to file an answer, motion, or other responsive pleading to Petitioner Sudhakar Shakthimohan's Verified Petition for Writ of Habeas Corpus (Doc. 1). (Mot. for Extension, Doc. 5) The Motion is unopposed. The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Respondents' Unopposed Motion to Extend Response Deadline to Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 5) is **GRANTED**; and

**ORDERED** that by no later than September 9, 2026, Respondents shall file an answer, motion, or other responsive pleading to Petitioner Sudhakar Shakthimohan's Verified Petition for Writ of Habeas Corpus (Doc. 1).

Signed on September 3, 2026.

Fernando Rodriguez, Jr.
United States District Judge